UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ARTURO T. OCHOA, | Case No. 3:14-cv-00090-MMD-VPC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| B. JACKSON, et al., | |
| Defendants. | |

 Plaintiff Arturo Torres Ochoa, who is in the custody of the Nevada Department of Corrections, has submitted a handwritten complaint seeking to initiate a civil rights action.

 The papers presented are subject to substantial defects.

 First, plaintiff, a frequent filer in this District, neither paid the filing fee nor submitted a pauper application.

 Second, the entirely handwritten complaint was not submitted on the Court's complaint form as required by Local Rule LSR 2-1.

 It does not appear from review of the allegations presented that a dismissal without prejudice of the present improperly-commenced action would lead to a promptly-filed new action being untimely or otherwise result in substantial prejudice.

 The Court notes in this regard that plaintiff has filed numerous meritless, frivolous and/or delusional actions in this district. As a result, the Court has found plaintiff subject to the "three strikes" provisions of 28 U.S.C. § 1915(g) in 3:10-cv-00483-ECR-VPC (dkt. no. 7). Under § 1915(g), a prisoner who has brought three or more frivolous or

1 | meritless actions may not proceed *in forma pauperis;* and he instead must pay the full
2 | filing fee in advance, unless he is under imminent danger of serious physical injury.

3 |     Plaintiff alleges in the present complaint that correctional officers have tampered
4 | with his food.  This allegation of imminent danger, however, is delusional or frivolous.
5 | Plaintiff has made substantially the same allegation in a number of actions.  *See, e.g.,*
6 | 3:12-cv-00285-MMD-VPC;  3:12-cv-00276-HDM-VPC;  3:12-cv-00239-RCJ-VPC.  The
7 | Court held a hearing on the allegation in 3:12-cv-00239-RCJ-VPC and confirmed that
8 | the allegation indeed is wholly baseless.

9 |     Plaintiff accordingly will sustain no substantial prejudice from the dismissal of this
10 | improperly commenced action without prejudice.

11 |     It is therefore ordered that this action shall be dismissed without prejudice to the
12 | filing of a new complaint on the required form in a new action together with either a new
13 | pauper application with all required attachments or payment of the $350.00 filing fee.

14 |     The Clerk of Court shall send plaintiff a copy of the papers that he filed along with
15 | the  complaint and pauper forms and instructions for both forms.

16 |     The Clerk shall enter final judgment accordingly, dismissing this action without
17 | prejudice.

18 |     DATED THIS 27th day of February 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE